NUMBER 13-04-560-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

ROLLS
ROYCE CORPORATION,                                  Appellant,

 

                                           v.

 

VICKY
DAUGHERTY, ET AL.,                                     Appellees.

___________________________________________________________________

 

                  On appeal from the 214th
District Court 

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

  Before Chief Justice Valdez and
Justices Hinojosa and Rodriguez

                             Memorandum Opinion
Per Curiam

 








Appellant, ROLLS
ROYCE CORPORATION, perfected an appeal from an order entered by the 214th District Court of Nueces County, Texas, in
cause number 03-1517-F.  
After the record and briefs were filed and after the cause was submitted
to the Court, the parties filed a joint motion to dismiss and remand.  In the motion, the parties state that they
have entered into a settlement agreement in this matter.  The parties request that the appeal be
dismissed and the case remanded to the trial court for proceedings to
effectuate the settlement agreement.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of the opinion that the motion
should be granted.  The joint motion is
granted, and the judgment of the trial court is hereby REVERSED and the cause
is REMANDED to the trial court in accordance with the parties= settlement
agreement.         

PER CURIAM

Memorandum Opinion delivered and filed 

this the 16th day of June, 2005.